**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Jean Coulter,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **Case No. 1:25-cv-01609-ADA-SH** |
| **James P. Coulter, et al.** | § | |
| *Defendants* | § | |

**ORDER**

On October 2, 2025, Plaintiff filed a 50-page Complaint against various private individuals, public officials, judicial officers, law clerks, and private and public entities. Dkt. 1. Plaintiff filed a "Certificate of Service" with the Court on October 14, 2025, stating that she had served defendants. Dkt. 3. Plaintiff's Certificate of Service, however, fails to indicate whether she complied with all the requirements to properly serve a defendant. Instructions for service of process is available at this Court's website at https://www.txwd.uscourts.gov/filing-without-an-attorney/pro-se-manual/. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m). More than 90 days have passed since Plaintiff filed his Complaint.

Accordingly, it is **HEREBY ORDERED** that Plaintiff provide the Court by **January 30, 2026** with proof of service on each defendant including the Summons, the Process Receipt and Return Form, and a proper Certificate of Service. All of these forms are available on the Court's website at https://www.txwd.uscourts.gov/filing-without-an-attorney/pro-se-manual/. Failure to comply with the Court's order by the deadline may result in tshe dismissal of this action for failure to prosecute. *See* FED. R. CIV. P. 41(b) (action may be dismissed for want of prosecution or failure to

comply with court order); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) ("A district court

*sua sponte* may dismiss an action for failure to prosecute or comply with any court order.").

    **SIGNED** on January 20, 2026.

                                          _____

                                          SUSAN HIGHTOWER
                                          UNITED STATES MAGISTRATE JUDGE