# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **Jean Coulter,** | § | |
| *Plaintiff* | § | |
| **v.** | § | |
| | § | **Case No. 1:25-cv-01609-ADA-SH** |
| **James P. Coulter, *et al.*,** | § | |
| *Defendants* | § | |

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

**TO:  THE HONORABLE ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

On October 2, 2025, Plaintiff filed a 50-page Complaint against numerous defendants.[1] Dkt. 1.

On October 14, 2025, Plaintiff filed a "Certificate of Service" that stated she had served defendants

but did not state that she complied with all the requirements for proper service. Dkt. 3.

Rule 4(m) provides: "If a defendant is not served within 90 days after the complaint is filed,

the court—on motion or on its own after notice to the plaintiff—must dismiss the action without

prejudice against that defendant or order that service be made within a specified time."

On January 20, 2026, more than 90 days after Plaintiff filed her Complaint, the Court ordered

her to provide proof of service on each defendant, including the Summons, the Process Receipt

and Return Form, and a proper Certificate of Service by January 30, 2026. Dkt. 4 at 1. The Court

also warned Plaintiff that failure to comply with the Order by the deadline could result in dismissal

of this action for failure to prosecute. *Id.*

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 3.

Plaintiff has not complied with the Court's Order to provide proof that Defendants have been properly served, and the Court has given her notice. Accordingly, the Court recommends that this case be dismissed *sua sponte* under Rules 4(m) and 41(b). *Griggs v. S.G.E. Mgmt.*, 905 F.3d 835, 844 (5th Cir. 2018); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998).

## I.      Recommendation

This Magistrate Judge **RECOMMENDS** that the District Court **DISMISS** this case without prejudice for failure to prosecute and comply with the Court's Order to submit proof of service.

The Court **ORDERS** the Clerk to remove this case from this Magistrate Judge's docket and return it to the docket of the Honorable Alan D Albright.

## II.      Warnings

The parties may file objections to this Report and Recommendation. A party filing objections must specifically identify those findings or recommendations to which objections are being made. The District Court need not consider frivolous, conclusive, or general objections. *See Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). A party's failure to file written objections to the proposed findings and recommendations contained in this Report within fourteen (14) days after the party is served with a copy of the Report shall bar that party from de novo review by the District Court of the proposed findings and recommendations in the Report and, except on grounds of plain error, shall bar the party from appellate review of unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 150-53 (1985); *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc).

**SIGNED** on February 17, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

2